**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DAVID STEBBINS**                                                                 **PLAINTIFF**

**v.**                                     **CASE NO. 4:15CV00332 BSM**

**DONNA GAY AND JIM HANNAH**                                          **DEFENDANTS**

<u>**ORDER**</u>

      Plaintiff David Stebbins's motion to proceed *in forma pauperis* [Doc. No. 1] is granted. Stebbins shall be assessed an initial partial filing fee of $20, and must pay $10 every subsequent month until the entire $400 filing fee is satisfied.

      Additionally, Stebbins is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Moreover, he should be aware the rule further provides that the failure by a *pro se* plaintiff to respond to any communication from the court within thirty (30) days may result in the dismissal of the plaintiff's case. Finally, a party proceeding *pro se* shall be expected to be familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the clerk for the Eastern District of Arkansas. The Federal Rules of Civil Procedure are available in many libraries (including this court's 2nd floor library, Room 224) and bookstores.

      IT IS SO ORDERED this 19th day of June 2015.

UNITED STATES DISTRICT JUDGE