IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID STEBBINS                                                                PLAINTIFF

v.                              CASE NO. 4:15CV00332 BSM

DONNA GAY AND JIM HANNAH                                      DEFENDANTS

## ORDER

Plaintiff David Stebbins's complaint [Doc. No. 2] is hereby dismissed *sua sponte*. A district court may dismiss a case *sua sponte*, before service of process and without notice, if it is satisfied that the lawsuit is frivolous or faces an insurmountable bar for relief under Rule 12(b)(6). *Munz v. Parr*, 758 F.2d 1254, 1258 (8th Cir. 1985). To meet the 12(b)(6) standard, a complaint must allege sufficient facts to entitle the plaintiff to the relief sought. *See Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009). Stebbins cannot recover on his 42 U.S.C. section 1983 claims because they are based on defendants' negligence. *See Daniels v. Williams*, 474 U.S. 327, 328 (1986) (negligence cannot form the basis of a section 1983 claim). Accordingly, Stebbins's complaint is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June 2015.

_____
UNITED STATES DISTRICT JUDGE