FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 29 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                               PLAINTIFF

VS                          CASE NO. 4:15-0332

DONNA GAY, JIM HANNAH, STATE
OF ARKANSAS, RUSSELL ROGERS,                 DEFENDANTS
DAVID D. STEBBINS, JAMES GOLDIE,
AND KRISTIE WILLIAMS

## MOTION FOR RECONSIDERATION

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for the Court to reconsider its order, dated June 22, 2015, dismissing, with prejudice, Plaintiff's Complaint.

1. The basis for the Court's dismissal was that the complaint was based on the Defendant's negligent actions. That is not what Plaintiff's complaint was.

2. The complaint was based on the *policies* of the Arkansas Administrative Office of the Courts. The Defendants admitted to having a policy of "not doing anything to ensure anything." If they had a policy of assigning qualified judges, and they were simply negligent in failing to follow that policy this one time, that would be one thing. But they have the complete opposite policy.

3. Therefore, Plaintiff has plead sufficient facts to support a § 1983 claim. Therefore, the grounds upon which this Court issued its dismissal are flawed, and the decision should be reversed. The Court must assume all factual allegations listed in the complaint – including the allegation that it was part of their policy – to be true, and in a light most favorable to the Plaintiff. This Court has not done that.

4. Plaintiff urges the Court to reconsider its position, and re-open Plaintiff's case.

So requested on this, the 24th day of June, 2015.

*David Stebbins*

David Stebbins
123 W. Ridge St.,
APD D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com