# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID STEBBINS**                                                           **PLAINTIFF**

v.                         **CASE NO. 4:15CV00332 BSM**

**DONNA GAY AND JIM HANNAH**                        **DEFENDANTS**

## ORDER

Plaintiff David Stebbins's motion for reconsideration [Doc. No. 5] is denied because it was correctly held that he cannot recover on his 42 U.S.C. § 1983 claims. *See* Fed. R. Civ. P. 60(b). Although Stebbins now contends that his claims are not based on defendants' negligence, his complaint supports a contrary conclusion. *See* Compl. ¶¶ 2 & 3, Doc. No. 2 (alleging that his injury arose from defendants' negligence). Even assuming that Stebbins's complaint was based on the policies of the Arkansas Administrative Office of the Courts, it still fails to assert a violation of the United States Constitution. At most, Stebbins has asserted that defendants violated a right guaranteed by the Arkansas Constitution. Consequently, the relief Stebbins seeks must be obtained in state court.

IT IS SO ORDERED this 7th day of July 2015.

                                                           UNITED STATES DISTRICT JUDGE